Before STATE INDUSTRIAL BOARD, Respondent.  FRANK DeMONICO, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant, Impleaded with Another,

---

* See Workmen's Compensation Law of 1914, § 28, as amd. by Laws of 1918, chap. 634.   Now Workmen's Compensation Law of 1922, § 28.   Death resulted on April 12, 1919.— [REP.

Defendant.— Award reversed and claim dismissed as to the carrier, upon the authority of *Goldberger* v. *Goldberger* (200 App. Div. 190), with costs to said carrier against the State Industrial Board. All concur.